IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OMAR ANTWAN WALKER, | : | MOTION TO VACATE |
|    Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL INDICTMENT NO. |
| | : | 1:03-CR-0749-TCB |
| UNITED STATES OF AMERICA, | : | |
|    Respondent. | : | CIVIL FILE NO. |
| | : | 1:10-CV-0635-TCB |

**MAGISTRATE JUDGE'S FINAL
REPORT AND RECOMMENDATION**

This matter is before the Court on Movant's 28 U.S.C. § 2255 motion, filed February 14, 2013, in which he seeks to challenge his sentence entered under the above criminal docket number. (Doc. No. 154). By Order and Judgment entered on August 26, 2010, the Court denied Movant's original § 2255 motion challenging the same convictions and sentence. (Doc. Nos. 146, 147). This is a successive § 2255 motion which must be dismissed because the Court has no authority to consider it. Movant first must get permission from the Eleventh Circuit Court of Appeals before a successive § 2255 motion can be filed in the district court. See 28 U.S.C. § 2255(h); Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003). A certificate of appealability is not warranted because it is not debatable that Movant must obtain permission from the Eleventh Circuit Court of Appeals before filing another § 2255

motion in this Court.  See Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 11.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED** as successive and that a COA be **DENIED**.

The Clerk of Court is **DIRECTED** to withdraw the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED** this 21st day of February, 2013.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)