**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| OMAR ANTWAN WALKER, | : | MOTION TO VACATE |
| Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL INDICTMENT NO. |
| | : | 1:03-CR-0749-TCB-JFK |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | CIVIL FILE NO. |
| | : | 1:13-CV-1041-TCB-JFK |

**MAGISTRATE JUDGE'S FINAL**
**REPORT AND RECOMMENDATION**

This matter is before the Court on Movant's 28 U.S.C. § 2255 motion, filed March 29, 2013, in which he seeks to challenge his sentence entered under the above criminal docket number. (Doc. 160). By Order and Judgment entered on August 26, 2010, the Court denied Movant's original § 2255 motion challenging the same convictions and sentence. (Docs. 146, 147). By Order and Judgment entered on March 11, 2013, the Court dismissed Movant's second § 2255 motion as successive. (Docs. 158, 159). The instant motion is a successive § 2255 motion which must be dismissed because the Court has no authority to consider it. See 28 U.S.C. § 2255(h); Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003). A certificate of appealability is not warranted because it is not debatable that Movant must obtain permission from the Eleventh Circuit Court of Appeals before filing another § 2255

AO 72A
(Rev.8/82)

motion in this Court.  See Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 11.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED** as successive and that a COA be **DENIED**.

The Clerk of Court is **DIRECTED** to withdraw the referral of the § 2255 motion to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED** this 4th day of April, 2013.

*[signature]*

JANET F. KING
UNITED STATES MAGISTRATE JUDGE